# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **ERIC RIVAS CHIRINOS,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| | § | |
| **v.** | § | **No. 3:26-CV-01898-LS** |
| | § | |
| **D.H.S ICE AND EL PASO CAMP EAST MONTANA,** | § | |
| | § | |
| | § | |
| ***Respondents*.** | § | |

## ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

Petitioner Eric Rivas Chirinos brings this petition for a writ of habeas corpus against Respondents under 28 U.S.C. § 2241, challenging his detention by Immigration and Customs Enforcement ("ICE").[1] Because the Court determines that Petitioner's removal is still significantly likely in the reasonably foreseeable future, the Court will deny the petition.

"[W]hen an alien is ordered removed, the Attorney General shall remove the alien from the United States within a period of 90 days."[2] The Supreme Court holds, however, that detention for up to six months to effect the deportation is presumptively reasonable.[3] "After this 6-month period, once the alien provides good reason to believe there is no significant likelihood of removal in the reasonably foreseeable future, the Government must respond with evidence sufficient to rebut that showing."[4]

---

[1] ECF No. 2.
[2] 8 U.S.C. § 1231(a)(1)(A).
[3] *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001).
[4] *Id*.

Petitioner is subject to an order of removal dated January 15, 2025.[5] Thus, the six-month period of presumptively reasonable detention has passed. However, Petitioner provides no good reason to believe there is no significant likelihood of removal in the reasonably foreseeable future in his petition. Even if he had, Respondents state that Petitioner is scheduled for removal to a third country, Mexico, at the end of July.[6]

The petition for a writ of habeas corpus [ECF No. 2] is **DENIED**. Any and all pending motions are **DENIED AS MOOT** and the Clerk shall **CLOSE THE CASE**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on July 31, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

[5] *Automated Case Information*, Executive Office of Immigration Review, https://acis.eoir.justice.gov/en/ (last visited July 24, 2026).
[6] ECF No. 5 at 1; ECF No. 5-1 at 2.